# McCool Law PLLC

McCoolLawPLLC.com

Steven J. McCool

EMAIL  smccool@mccoollawpllc.com
MOBILE 202 680 2440
OFFICE 202 450 3370
FAX    202 450 3346

1776 K STREET, NW, SUITE 200
WASHINGTON, DC 20006

April 15, 2020

BY ELECTRONIC CASE FILING

The Honorable Pamela K. Chen
United States District Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Hernan Lopez and Carlos Martinez*, Case No. 15-cr-252 (Def. Nos. 32-33) (PKC)

Dear Judge Chen:

    We represent Defendants Hernan Lopez and Carlos Martinez in the above-captioned case, pending before Your Honor. Through this letter, we move, in the Court's discretion, for an order extending the time within which Mr. Lopez and Mr. Martinez may file a motion seeking a Bill of Particulars. In the interest of efficiency, we jointly move on behalf of both Mr. Lopez and Mr. Martinez. Rule 7(f) of the Federal Rules of Criminal Procedure states that "[t]he defendant may move for a bill of particulars before or within 14 days after arraignment *or at a later time if the court permits.*" Fed. R. Crim. P. 7(f) (emphasis added). The "purpose of a bill of particulars is 'to inform a defendant of charges with sufficient precision to allow preparation of a defense, to avoid unfair surprise, and to preclude double jeopardy.'" *United States v. Barrera*, 950 F. Supp. 2d 461, 477 (E.D.N.Y. 2013) (quoting *United States v. GAF Corp.*, 928 F.2d 1253, 1260 (2d Cir.1991)). Under Rule 7(f), Mr. Martinez's Motion for a Bill of Particulars would be due on April 23, 2020.

    The 53-count Superseding Indictment in this case charges Mr. Lopez and Mr. Martinez and fifteen other defendants with conspiracy to commit wire fraud, conspiracy to commit money laundering, and eleven charges of wire fraud. Mr. Lopez and Mr. Martinez were arraigned on April 9, 2020 and entered a plea of not guilty to all charges. During the arraignment, the Court designated this matter as a complex case. As of the filing of this letter, the government has not yet produced discovery in this matter. Counsel will need time to review the government's discovery, when it is produced, to draft an effective motion for a bill of particulars. Given this, Mr. Lopez and Mr. Martinez request a 45-day extension to June 8, 2020 to file a motion for a bill of particulars.

The Honorable Pamela K. Chen
United States District Judge
United States District Court
 for the Eastern District of New York
April 15, 2020
Page 2 of 2

On April 15, 2020, Mr. Martinez sought the United States' position on the relief requested herein. Assistant United States Attorney Kristin Mace represented that the United States has no objection to the relief requested herein. This is the first request for an extension of time on behalf of Mr. Lopez and Mr. Martinez.

Wherefore, for the reasons cited herein, it is respectfully requested that the Court grant this application and issue an Order enlarging the time within which Mr. Lopez and Martinez may file a motion seeking a Bill of Particulars from April 23, 2020 to June 8, 2020.

Sincerely,

Steven J. McCool
*Counsel for Carlos Martinez*

Matthew D. Umhofer
*Counsel for Hernan Lopez*

cc: Counsel of record (by ECF)