# McCool Law PLLC

McCoolLawPLLC.com

Steven J. McCool

EMAIL smccool@mccoollawpllc.com
MOBILE 202 680 2440
OFFICE 202 450 3370
FAX 202 450 3346

1776 K STREET, NW, SUITE 200
WASHINGTON, DC 20006

May 15, 2020

BY ELECTRONIC CASE FILING

The Honorable Pamela K. Chen
United States District Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Hernan Lopez and Carlos Martinez*, Case No. 15-cr-252 (Def. Nos. 32-33) (PKC)

Dear Judge Chen:

    We represent Defendants Hernan Lopez and Carlos Martinez in the above-captioned case, pending before Your Honor. Through this letter, we move, in the Court's discretion, for an order extending the time within which Mr. Lopez and Mr. Martinez may file a motion seeking a Bill of Particulars. In the interest of efficiency, we jointly move on behalf of both Mr. Lopez and Mr. Martinez. Mr. Lopez and Mr. Martinez previously sought, and were granted, an extension of time within which to file a motion for a bill of particulars. *See* ECF 1367 and Apr. 16, 2020 Order. Mr. Lopez and Mr. Martinez's Motion for a Bill of Particulars is currently due on June 8, 2020. Rule 7(f) of the Federal Rules of Criminal Procedure states that "[t]he defendant may move for a bill of particulars before or within 14 days after arraignment *or at a later time if the court permits.*" Fed. R. Crim. P. 7(f) (emphasis added). The "purpose of a bill of particulars is 'to inform a defendant of charges with sufficient precision to allow preparation of a defense, to avoid unfair surprise, and to preclude double jeopardy.'" *United States v. Barrera*, 950 F. Supp. 2d 461, 477 (E.D.N.Y. 2013) (quoting *United States v. GAF Corp.*, 928 F.2d 1253, 1260 (2d Cir.1991)).

    The 53-count Superseding Indictment in this case charges Mr. Lopez and Mr. Martinez and fifteen other defendants with conspiracy to commit wire fraud, conspiracy to commit money laundering, and eleven charges of wire fraud. Mr. Lopez and Mr. Martinez were arraigned on April 9, 2020 and entered a plea of not guilty to all charges. During the arraignment, the Court designated this matter as a complex case. As of the filing of this letter, the government has provided two discovery productions, totaling 1,074,476 pages. From counsel's correspondence with the government, we understand that the government is still in the process of completing its initial discovery productions to the defense. Counsel will need time to review the government's voluminous discovery productions, and the remainder of the government's productions when they

The Honorable Pamela K. Chen
United States District Judge
United States District Court
 for the Eastern District of New York
May 15, 2020
Page 2 of 2

are produced, to draft an effective motion for a bill of particulars. Given this, Mr. Lopez and Mr. Martinez request a 60-day extension to August 7, 2020 to file a motion for a bill of particulars.

On May 15, 2020, Mr. Martinez sought the United States' position on the relief requested herein. Assistant United States Attorney Kristin Mace represented that the United States has no objection to the relief requested herein. This is the second request for an extension of time on behalf of Mr. Lopez and Mr. Martinez.

Wherefore, for the reasons cited herein, it is respectfully requested that the Court grant this application and issue an Order enlarging the time within which Mr. Lopez and Mr. Martinez may file a motion seeking a Bill of Particulars from June 8, 2020 to August 7, 2020.

Sincerely,

Steven J. McCool
*Counsel for Carlos Martinez*
Matthew D. Umhofer
*Counsel for Hernan Lopez*

cc: Counsel of record (by ECF)