**SPERTUS LANDES & UMHOFER LLP**

1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
P 310.826.4700  F 310.826.4711

617 West 7th Street, Suite 200
Los Angeles, CA 90017
P 213.205.6520  F 213.205.6521

www.spertuslaw.com

July 1, 2020

BY ECF

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *United States v. Hernan Lopez and Carlos Martinez*, No. 15-cr-252 (PKC)

Your Honor:

  We represent defendants Hernan Lopez and Carlos Martinez in the above-referenced matter. Pursuant to Your Honor's Individual Practices and Rules, we write to provide the Court with the parties' proposed briefing schedule for defendants Hernan Lopez and Carlos Martinez's Motions for Severance and to Strike Certain Language in the Indictment, and to confirm service on the government via ECF. We have conferred with the government and the parties have agreed upon the following schedule:

- Notice of Motion and Motions for Severance and to Strike Language, Memorandum of Points and Authorities, and Proposed Order served on June 29, 2020;
- Opposition papers due no later than July 22, 2020; and
- Reply, if any, due no later than August 5, 2020.

  Accordingly, defendants Hernan Lopez and Carlos Martinez respectfully request that the Court endorse the parties' proposed briefing schedule. We thank the Court for its consideration of this request.

              Respectfully submitted,

              /s/ Matthew Donald Umhofer
              Matthew Donald Umhofer
              James W. Spertus
              Samuel A. Josephs
              *Counsel for Hernan Lopez*

              /s/ Steven J. McCool
              Steven J. McCool
              Julia M. Coleman
              Michael T. Cornacchia
              *Counsel for Carlos Martinez*

SPERTUS
LANDES &
UMHOFER
LLP

July 1, 2020
Page 2 of 2

cc: Counsel of record (by ECF)