

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SPN/MKM/KDE/PTH/KTF

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 23, 2020

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Hernan Lopez, et al.
               Criminal Docket No. 15-252 (S-3) (PKC)

Dear Judge Chen:

      The government respectfully writes to request a brief extension of time, until Monday, October 26, 2020, for the government to file its response to defendants Carlos Martinez and Hernan Lopez's request to file their September 30, 2020 motion to compel and related documents under seal. The parties are still conferring on the defendants' sealing request in hopes of reaching agreement before the government files its response. Counsel for the defendants have been consulted and consent to this request.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:    /s/
      Samuel P. Nitze
      M. Kristin Mace
      Keith D. Edelman
      Patrick T. Hein
      Kaitlin T. Farrell
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Counsel of record (by ECF)
       Clerk of Court (PKC) (by ECF)