UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　v.<br><br>HERNAN LOPEZ,<br>　　　　　　　　　　　　Defendant. | 15 Cr. 252 (PKC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters his appearance as attorney of record for Defendant Hernan Lopez in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.

New York, New York
February 5, 2021

                                                  Respectfully submitted,

                                                  SEWARD & KISSEL LLP

                                                  By:　__s/ Michael G. Considine____
                                                         Michael G. Considine

                                                  One Battery Park Plaza
                                                  New York, New York 10004
                                                  Tel:  (212) 574-1334
                                                  Fax: (212) 480-8421
                                                  considine@sewkis.com

                                                  *Attorney for Defendant*
                                                  *Hernan Lopez*