

**Steven J. McCool**

EMAIL smccool@mccoollawpllc.com
MOBILE 202 680 2440
OFFICE 202 450 3370
FAX 202 450 3346

1776 K STREET, NW, SUITE 200
WASHINGTON, DC 20006

McCoolLawPLLC.com

June 14, 2021

BY ELECTRONIC CASE FILING

The Honorable Pamela K. Chen
United States District Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Hernan Lopez and Carlos Martinez*, Case No. 15-cr-252 (Def. Nos. 32-33) (PKC)

Dear Judge Chen:

      We represent Defendants Hernan Lopez and Carlos Martinez in the above-captioned case, pending before Your Honor.  Through this letter, we respectfully request a second *Curcio* hearing in this matter.

      Counsel for Mr. Martinez would like to have Samuel Josephs and Payton Lyon from Spertus, Landes & Umhofer, LLP, current counsel to Mr. Lopez in this matter, join Mr. Martinez's defense team.  Mr. Lopez and Mr. Martinez consent to this arrangement.  Mr. Josephs, Matthew Umhofer, and James Spertus would file notices to withdraw as counsel for Mr. Lopez.  Mr. Lyon has not yet entered an appearance on behalf of Mr. Lopez but is a member of Mr. Lopez's defense team.

      We expect the government will file a letter in advance of the *Curcio* hearing.  We further expect, based on our conversations with government counsel, that it will oppose the proposed waivers in writing prior to the June 21st *Curcio* hearing.  Upon receipt of the government's written submission, we will respond promptly in writing in advance of the hearing.

      The parties have conferred and are available for a *Curcio* hearing on Monday, June 21, 2021, at a time convenient to the Court.

The Honorable Pamela K. Chen
United States District Judge
United States District Court
 for the Eastern District of New York
June 14, 2021
Page 2 of 2

      Wherefore, for the reasons cited herein, Mr. Lopez and Mr. Martinez respectfully request the Court schedule a *Curcio* hearing in this matter for Monday, June 21, 2021.

      Sincerely,

      *Steven J. McCool*

      Steven J. McCool
      *Counsel for Carlos Martinez*

      John Gleeson
      David Sarratt
      *Counsel for Hernan Lopez*

cc:  Counsel of record (by ECF)