**Debevoise & Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

September 24, 2021

**BY ELECTRONIC CASE FILING**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *United States v. Hernan Lopez*, Case No. 15-cr-252 (PKC)

Dear Judge Chen:

  On behalf of Mr. Lopez, we write to request a narrow modification of Mr. Lopez's daily curfew so that it begins at 11 p.m. Under his current conditions of release, Mr. Lopez's curfew runs from 10 p.m. to 6:00 a.m.

  The government has no objection to the proposed modification, which will allow Mr. Lopez to participate in business and family events in the evening with sufficient time to return home prior to the beginning of the curfew.

          Respectfully submitted,

          /s/  David Sarratt
          David Sarratt

          919 Third Avenue
          New York, New York 10022
          Tel: (212) 909-6000

          *Counsel for Hernan Lopez*

cc: All Counsel of Record (via ECF)
   Clerk of Court (PKC) (by ECF)

www.debevoise.com