

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

March 4, 2022

**BY ELECTRONIC CASE FILING**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  *United States v. Hernan Lopez et al.*, Case No. 15-cr-252 (PKC)
           Letter Joining Certain Replies Filed by Carlos Martinez

Dear Judge Chen:

      We write on behalf of Hernan Lopez to respectfully join the replies in support of motions in limine filed by Carlos Martinez at docket entries 1736 (Reply in Support of Motion in Limine to Preclude (1) Law Enforcement Agents from Testifying as Both Fact Witnesses and Experts, and (2) Improper Testimony from Government Agents That Testify as Experts), 1737 (Reply in Support of Motion in Limine to Admit Government Statements at Trial), and 1738 (Reply in Support of Motion in Limine to Exclude Racketeering Evidence).

      Respectfully submitted,

      /s/  David Sarratt
      David Sarratt

      919 Third Avenue
      New York, New York 10022
      Tel:  (212) 909-6000

      *Counsel for Hernan Lopez*

cc:    All Counsel of Record (via ECF)
       Clerk of Court (PKC) (via ECF)