LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JONATHAN B. PITT
(202) 434-5341
jpitt@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

March 10, 2022

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 15 2022 ★

BROOKLYN OFFICE

*Via Priority Mail*

Brenna Mahoney, Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

ATTN: Intake Department

Re:   *United States v. Hernan Lopez*, Case No. 15-cr-252 (PKC)

Dear Ms. Mahoney:

I write on behalf of TFCF Corporation (previously known as 21st Century Fox) to request TFCF Corporation be added to the docket of the above-captioned case as an interested party. I am sending a copy of this request to Judge Pamela Chen's chambers, and I am available at the convenience of the Court should any additional information be needed.

Very truly yours,

/s/ Jonathan B. Pitt

Jonathan B. Pitt

cc: The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201