UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>HERNAN LOPEZ, *et al.*,<br><br>          Defendants. | Index No.  15 Cr. 252 (PKC) |

**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE**

The undersigned, having appeared as counsel for Hernan Lopez in the above-captioned action on February 5, 2021 (ECF No. 1492), respectfully requests that the Court enter an order directing the Clerk to relieve him as counsel for the party, remove his appearance from the docket, and remove his name from the ECF distribution list, as Mr. Lopez has retained alternate counsel in this matter.

The undersigned's withdrawal will not affect any pending deadlines nor occasion any delays in this action, as Debevoise & Plimpton LLP has appeared on behalf of Mr. Lopez and continues to represent him. *See* ECF Nos. 1530-1533, 1717.

Dated:  April 12, 2022

Respectfully submitted,

SEWARD & KISSEL LLP

/s Noah S. Czarny
Noah S. Czarny
1 Battery Park Plaza
New York, New York 10004

SK 07273 0001 9451685 v1