

1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
P 310.826.4700  F 310.826.4711

617 West 7th Street, Suite 200
Los Angeles, CA 90017
P 213.205.6520  F 213.205.6521

www.spertuslaw.com

December 15, 2022

**Via CM/ECF**

The Honorable Pamela K. Chen
United States District Court for the Eastern District of New York
255 Cadman Plaza East
Brooklyn, New York 11201

> Re:  *United States v. Hernan Lopez,* **No. 15-cr-252-32 (PKC)**
> *United States v. Carlos Martinez*, **No. 15-cr-252-33 (PK**C)

Dear Judge Chen,

On December 14, 2022, Defendants Hernan Lopez and Carlos Martinez supplemented their Rule 16 expert notice to the government with the attached declaration of Pete Devenyi, the defense's BlackBerry expert. This declaration, previously filed as ECF 1754-1, addresses the concerns raised by the government at the December 2, 2022 hearing.

Respectfully,

Samuel A. Josephs
Payton J. Lyon
Kirsi Luther
Steven J. McCool
Julia M. Coleman

Michael T. Cornacchia
Ramon A. Abadin
*Counsel for Carlos Martinez*

 /s/  David Sarratt
David Sarratt
John Gleeson
Sarah H. Wolf
Michael C. McGregor

Debevoise and Plimpton
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
*Counsel for Hernan Lopez*

1