# NOTICE OF APPEAL

## UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

UNITED STATES OF AMERICA,

- against -

HERNAN LOPEZ,

Defendant.

Docket Number <u>15-CR-252 (S-3) (PKC)</u>

<u>The Honorable Pamela K. Chen</u>
(District Court Judge)

Notice is hereby given that <u>the United States of America</u> appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment __X__ ; Order __X__ ; Other _____ ; <u>Order entered in this action on September 1, 2023, and judgment entered in this action on September 12, 2023</u>.

Offense occurred after November 1, 1987   Yes __X__   No _____.

The appeal concerns: <u>Order granting Rule 29 acquittal motion and related judgment</u>

Date: __September 22, 2023__

<u>VICTOR ZAPANA, AUSA</u>
(Counsel for Appellant)

TO:  William David Sarratt, Esq.
Debevoise & Plimpton LLP
650 California Street
San Francisco, California 94108
**(415) 738-5700**
**dsarratt@debevoise.com**
ADD ADDITIONAL PAGE IF NECESSARY

Address:  United States Attorney's Office - EDNY
271-A Cadman Plaza East
Brooklyn, New York 11201

Telephone Number:  718-254-7180
E-Mail:  <u>Victor.Zapana@usdoj.gov</u>

(TO BE COMPLETED BY ATTORNEY)

| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER   ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|
| ___ I am ordering a transcript.<br>_X_ I am not ordering a transcript.<br>Reason:<br>___ Daily copy is available<br>_X_ U.S. Attorney has placed order<br>___ Other. Attach explanation | Dates<br>Prepare transcript of<br>___ Pre-trial proceedings _____<br>___ Trial _____<br>___ Sentence _____<br>___ Post-trial proceedings _____ |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ▶ Method of payment ___ Funds ___ CJA Form 24

ATTORNEY'S signature   */s/ Victor Zapana*   Date   September 22, 2023

▶ COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____   Signature _____
(Court Reporter)

COPY1 - ORIGINAL

*U.S. GPO: 2001-611-552/60002